**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1427**

———————————

JEFFREY A. ROSENBERG,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY GOVERNMENT; ARLINGTON COUNTY
POLICE; ARLINGTON COUNTY SHERIFF'S DEPARTMENT;
ARLINGTON COURTHOUSE, Judiciary; MIKE MYERS,

Defendants - Appellees.

———————————

**No. 98-1455**

———————————

JEFFREY A. ROSENBERG,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY GOVERNMENT; ARLINGTON COUNTY
POLICE; ARLINGTON COUNTY SHERIFF'S DEPARTMENT;
ARLINGTON COURTHOUSE, Judiciary; MIKE MYERS,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge; Leonie M. Brinkema, District Judge. (CA-97-1747-A)

Submitted: August 27, 1998          Decided: September 10, 1998

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey A. Rosenberg, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Rosenberg appeals the district court's orders denying his motions for a temporary restraining order, appointment of counsel, and dismissing his action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rosenberg v. Arlington County, No. CA-97-1747-A (E.D. Va. Mar. 11 and 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3